IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Graham, Frankie L | Case Number: 07 B 16965 |
| | Judge: Squires, John H |
| Printed: 8/26/08 | Filed: 9/18/07 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 16, 2008
Confirmed: December 19, 2007

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,971.00 | |
| Secured: | | 8,483.16 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 487.84 |
| Other Funds: | | 0.00 |
| Totals: | 8,971.00 | 8,971.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,383.20 | 0.00 |
| 2. | Tempus Palms International | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 14,450.00 | 6,724.98 |
| 4. | Fifth Third Bank | Secured | 2,550.00 | 1,186.77 |
| 5. | Toyota Motor Credit Corporatio | Secured | 7,189.73 | 571.41 |
| 6. | Fifth Third Bank | Secured | 801.74 | 0.00 |
| 7. | Washington Mutual Bank FA | Secured | 12,603.50 | 0.00 |
| 8. | Wells Fargo Financial Bank | Unsecured | 376.24 | 0.00 |
| 9. | Toyota Motor Credit Corporatio | Unsecured | 0.09 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 60.41 | 0.00 |
| 11. | Universal Lenders Inc | Unsecured | 246.73 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 860.15 | 0.00 |
| 13. | Wells Fargo Financial Illinois Inc | Unsecured | 107.47 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 80.33 | 0.00 |
| 15. | Capital One | Unsecured | 83.12 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 33.25 | 0.00 |
| 17. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | | $ 40,825.96 | $ 8,483.16 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 467.69 |
| 6.5% | 20.15 |
| | $ 487.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Graham, Frankie L | Case Number:  07 B 16965 |
| | Judge:  Squires, John H |
| Printed:  8/26/08 | Filed:  9/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _/s/ Mack_____